DELOST ET AL., APPELLANTS, *v.* FIRSTENERGY CORPORATION ET AL.; OHIO EDISON COMPANY, APPELLEE.

[Cite as *Delost v. FirstEnergy Corp.,* **123 Ohio St.3d 113, 2009-Ohio-4305.**]

*Certified question answered by Corrigan v. Illum. Co., and judgment of the court of appeals affirmed.*

(No. 2008-1329 — Submitted July 14, 2009 — Decided September 1, 2009.)

CERTIFIED by the Court of Appeals for Mahoning County, No. 07 MA 194, 2008-Ohio-3086.

_____

{¶ 1} The certified question is answered by our opinion in *Corrigan v. Illum. Co.*, 122 Ohio St.3d 265, 2009-Ohio-2524, 910 N.E.2d 1009, and the judgment of the court of appeals is affirmed.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, and LANZINGER, JJ., concur.

PFEIFER, O'DONNELL, and CUPP, JJ., dissent.

_____

Raymond M. Delost and Jennifer Boyle Beck, for appellants.

Harrington, Hoppe & Mitchell, Ltd., and John T. Dellick, for appellee.

Reminger Co., L.P.A., Patrick Kasson, and Melvin Davis, urging affirmance for amici curiae Asplundh Tree Expert Co. and Nelson Tree Service, Inc.

_____